UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ECOLAB, INC.,

Plaintiff,

v.

CROWN CHEMICAL, INC.,

Defendant.

---

Civil Action No. 01-CV-113 (DSD/JMM)

STIPULATED MOTION FOR EXTENSION

Plaintiff Ecolab and Defendant Crown Chemical hereby stipulate that Defendant be granted an extension of time to Answer the Complaint in the above captioned matter, or otherwise plead. Defendant's response shall now be due on February 28, 2001.

**PATTERSON, THUENTE, SKAAR& CHRISTENSEN, P.A.**

Randall T. Skaar, #165013
Eric H. Chadwick, #248769
4800 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402-2100
(612) 349-5740

Date: 2/9/01

ATTORNEYS FOR CROWN CHEMICAL

**MERCHANT & GOULD, P.C.**

Douglas J. Williams, #117353
J. Derek Vandenburg, #224145
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402-2215
(612) 332-5300

Date: 2/9/01

ATTORNEYS FOR ECOLAB

**ORDER**

IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation, that the Defendants are granted an extension until February 28, 2001, to file an Answer or otherwise plead.

BY THE COURT: ______________________
Magistrate Judge John M. Mason

FEB 13 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK