IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ECOLAB INC., Plaintiff, v. CROWN CHEMICAL, INC., Defendant. | Civil Action No. 01-113 (DSD/JMM) |

**STIPULATED ORDER EXTENDING TIME TO ANSWER COMPLAINT**

The parties having stipulated to an extension of time for Defendant, Crown Chemical, Inc. ("Crown") to answer the Complaint,

IT IS HEREBY ORDERED THAT Crown shall have 21 days from the date of this Order to file its Answer to the Complaint.

SO ORDERED.

Date: 3/5/01

~~David S. Doty, Senior Judge~~
Dann M. Mason
U.S. Magistrate Judge

CLERK