IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ECOLAB INC., Plaintiff, v. CROWN CHEMICAL, INC., Defendant. | Civil Action No. 01-113 (DSD/JMM) |

**STIPULATED ORDER TRANSFERRING ACTION UNDER 28 U.S.C. § 1404(a)**

Plaintiff, Ecolab Inc. (Ecolab) filed the present suit against Defendant, Crown Chemical, Inc. (Crown) for patent infringement. Crown contends that this Court lacks personal jurisdiction over it and that venue is improper in this Court, and has filed the Affidavit of Michael J. Spain in support of its contentions. The parties have stipulated to a transfer of the action to the United States District Court where Crown has its principal place of business.

WHEREBY IT IS ORDERED THAT the case is hereby transferred to the United States District Court for the Northern District of Illinois.

SO ORDERED.

Date: 3/6/01

David S. Doty, Senior Judge

3-7-01

JR

(10)